SAMUEL G. LIVERSIDGE, SBN 180578
sliversidge@gibsondunn.com
BLAINE H. EVANSON, SBN 254338
bevanson@gibsondunn.com
JARED M. STRUMWASSER, SBN 275326
jstrumwasser@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAD KARIM, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendants. | CASE NO. 12-CV-05240 PJH<br><br>Action Filed: August 22, 2012<br><br>[~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE |

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that the settlement conference in this matter is continued to December 3, 2013 at 9:30 a.m. in Courtroom A of the above-captioned court.

**IT IS SO ORDERED.**

Dated: ___April 22___, 2013

APPROVED
Judge Nathanael M. Cousins