United States District Court
For the Northern District of California

1

2              UNITED STATES DISTRICT COURT

3              NORTHERN DISTRICT OF CALIFORNIA

4

5

6   NAD KARIM,

7              Plaintiff,                    No. C 12-5240 PJH

8      v.                                    **ORDER DENYING MOTION TO
                                             DETERMINE ENFORCEABILITY OF**
9   HEWLETT-PACKARD COMPANY,                 **CONTRACTUAL CHOICE OF LAW**
                                             **CLAUSE**
10             Defendant.

11  _____/

12         Plaintiff Nad Karim's "motion to determine enforceability of contractual choice of law

13  clause," which the court construes as a motion for summary adjudication of the issue, came

14  on for hearing before this court on May 29, 2013.  Plaintiff Nad Karim ("plaintiff") appeared

15  through his counsel, Jenelle Welling.  Defendant Hewlett-Packard ("defendant") appeared

16  through its counsel, Samuel Liversidge.  Having read the papers filed in conjunction with

17  the motion and carefully considered the arguments and the relevant legal authority, and

18  good cause appearing, the court hereby DENIES plaintiff's motion for the reasons stated at

19  the hearing.  Plaintiff has not shown that the cited contractual choice of law provision

20  applies to product purchases, and to the extent that the parties make non-contractual

21  choice of law arguments, the court will consider those arguments at the class certification

22  stage of the case.

23         **IT IS SO ORDERED.**

24  Dated:  May 31, 2013

25                                           _____
                                             PHYLLIS J. HAMILTON
26                                           United States District Judge

27

28