UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: December 24, 2014 (Time: 15 minutes)**     **JUDGE:  Phyllis J. Hamilton**

**Case No:** 12-cv-05240-PJH
**Case Name: Karim v. Hewlett-Packard Company**

**Attorney(s) for Plaintiff:**     Jenelle Welling
**Attorney(s) for Defendant:**     Blaine Evanson

**Deputy Clerk: Nichole Heuerman**     **Court Reporter: Diane Skillman**

### PROCEEDINGS

Plaintiff's Motion to Amend Complaint-DENIED as stated on the record.

Defendant's Motion to Strike-DENIED as stated on the record.

The parties shall appear for a case management conference on February 12, 2015 at 2:00 p.m.  A joint case management conference statement shall be filed by February 5, 2015.

**Order to be prepared by:   [] Pl [] Def [x] Court**

**Notes:**

**cc: chambers**