UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAD KARIM,

        Plaintiff(s),

    v.

HEWLETT-PACKARD COMPANY,

        Defendant(s).

_____/

No. C 12-05240 PJH

**ORDER VACATING DATE FOR CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The parties having advised the court in their joint case management statement that they have agreed to a schedule for plaintiff's second motion for class certification and that until that motion is resolved, setting a trial date would be premature, the court hereby VACATES the February 12, 2015 date for case management conference.   Further, the court adopts the parties' proposed briefing schedule except that plaintiff's reply brief shall be filed no later than July 15, 2015 instead of July 16, 2015.  A further case management conference will be scheduled after resolution of the class certification motion.

    **SO ORDERED.**

Dated:  February 11, 2015

_____

PHYLLIS J. HAMILTON
United States District Judge

1