UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAD KARIM,

        Plaintiff,

    v.

HEWLETT-PACKARD COMPANY,

        Defendant.

Case No. 12-cv-5240-PJH

**ORDER RE STAY PENDING APPEAL**

On April 7, 2016, the parties filed their joint case management statement, in anticipation of the case management conference set for April 14, 2016. In the statement, the parties note that the Ninth Circuit has granted defendant's motion for an interlocutory appeal. The statement further explains that defendant intends to request a stay, pending the appeal, at the case management conference, and that plaintiff is not expected to oppose the request. See Dkt. 150 at 3.

If both parties agree that the case should be stayed pending appeal, the case management conference will be vacated if the parties submit a stipulation regarding a stay on or before **April 13, 2016**. If no such stipulation is filed, the case management conference will go forward as scheduled.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge