## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: January 11, 2017 (Time: 35 minutes)**               **JUDGE:  Phyllis J. Hamilton**

**Case No:** 12-cv-05240-PJH
**Case Name: Karim v. Hewlett-Packard Company**

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | **Janelle Welling** |
| **Attorney(s) for Defendant:** | **Blaine Evanson** |

**Deputy Clerk: Nichole Peric**          **Court Reporter: Diane Skillman**

### PROCEEDINGS

    Motion for Preliminary Approval of Class Action Settlement-GRANTED as stated on the record. The Final Hearing will be held on May 10, 2017 at 9:00 a.m.  Plaintiff's counsel shall submit revised notices and a revised proposed order for the Court's review.

**Order to be prepared by:   [x] Pl [] Def [] Court**

**Notes:**

**cc: chambers**